FILED

10/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0520

IN THE MATTER OF

A.M., G.R.P., E.O.M., and J.P.,

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant Mother J.M.'s motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 23-0520, DA 23-0521, DA 23-0522, and DA 23-0523 are hereby consolidated under Cause No. DA 23-0520 and captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
October 24 2023